IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL COIS KNOP, #154 140   *
ROYCE PRIVETT, #180 223
                               *
    Plaintiffs,
                               *    2:07CV300-WKW
    v.                              2:07-CV-288-WKW
                               *
STATE OF ALABAMA, *et al.*,
                               *
    Defendants.

**ORDER**

Plaintiffs filed this civil action on April 5, 2007 seeking a declaration that a recent decision by the Alabama Supreme Court violates various provisions of the United States Constitution. Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Plaintiff Marshall Knop;

    2. Assign the other newly opened case to the Magistrate Judge and District Judge to

which the instant cause of action is assigned;

    3. Place a copy of the complaint and the *in forma pauperis* affidavit filed by inmate Privett in the newly opened case file;

    4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

    DONE, this 10th day of April 2007.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE