IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYCE PRIVETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-300-WKW |
| | ) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On May 1, 2007, the Magistrate Judge filed a Recommendation (Doc. # 6) that the plaintiff's claims be dismissed before service of process for lack of subject matter jurisdiction. On May 9, 2007, the plaintiff filed an Objection (Doc. # 7). Upon an independent and *de novo* review of the file in this case, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 21st day of May, 2007.

                                              /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE